644

473 A.2d 698

Commonwealth v. Yarbough, Appellant.

Submitted June 1, 1983. Gregory H. Lindsay, Assistant Public Defender, for appellant; David E. Fritchey, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, WIEAND and BECK, JJ.

Judgment of sentence for possession of a prohibited offensive weapon is affirmed. Judgment of sentence for criminal conspiracy is vacated.

473 A.2d 698

Estate of Nitsche.

Appeal of William H. Nitsche, a Life Tenant of the Residuary Trust Under the Will of Theodore H. Nitsche.

Argued October 4, 1983. Mary Carmela Helf, for appellant; Alan Reeve Hunt, for Phila., participating party; Robert C. Grasberger, for Faber, etc., participating parties; Lawrence Barth, Deputy Attorney General, for Parents Patriae, participating party.

Before WICKERSHAM, WIEAND and LIPEZ, JJ.

Order affirmed.

WIEAND, J., filed a memorandum dissenting statement.